

VOL: 8114 PG: 291
Inst: 04860

Commitment No.

File No. ST41786-B-1

**COMMITMENT
SCHEDULE A
Continued**

**LEGAL DESCRIPTION**

ALL THAT CERTAIN real property, situated in the Town of Greenwich, County of Fairfield and State of Connecticut, being known and designated as **UNIT 2 of THE HOMES AT WHISPERING POND CONDOMINIUM**, together with all appurtenances thereto, as more particularly described and set forth in that certain Declaration of The Homes at Whispering Pond by 392 David Avenue Associates, LLC dated August 17, 2016 and recorded in Volume 7114 at Page 49, as amended by a First Amendment thereto dated March 16, 2018 and recorded in Volume 7373 at Page 161, as further amended by a Second Amendment thereto recorded in Volume 7916 at Page 285, all of the Greenwich Land Records, as the same may be amended, modified and/or supplemented from time to time. TOGETHER WITH such limited common elements as may be appurtenant thereto as may be delineated on Map No. 8994 on file in the Office of the Greenwich Town Clerk.



*This page is only a part of a 2016 ALTA Commitment for Title Insurance. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions.*

ORT FORM 4690 6/06 revised 8-1-16
ALTA Commitment for Title Insurance

Page 2 of 6



Commitment No.

VOL: 8114 PG: 292
Inst: 04860

File No. ST41786-A-1

## COMMITMENT
## SCHEDULE A
## Continued

### LEGAL DESCRIPTION

ALL THAT CERTAIN real property, situated in the Town of Greenwich, County of Fairfield and State of Connecticut, being known and designated as **UNIT 1** of **THE HOMES AT WHISPERING POND CONDOMINIUM**, together with all appurtenances thereto, as more particularly described and set forth in that certain Declaration of The Homes at Whispering Pond by 392 David Avenue Associates, LLC dated August 17, 2016 and recorded in Volume 7114 at Page 49, as amended by a First Amendment thereto dated March 16, 2018 and recorded in Volume 7373 at Page 161, as further amended by a Second Amendment thereto recorded in Volume 7916 at Page 285, all of the Greenwich Land Records, as the same may be amended, modified and/or supplemented from time to time. TOGETHER WITH such limited common elements as may be appurtenant thereto as may be delineated on Map No. 8994 on file in the Office of the Greenwich Town Clerk.



*This page is only a part of a 2016 ALTA Commitment for Title Insurance. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions.*

ORT FORM 4690 6/06 revised 8-1-16
ALTA Commitment for Title Insurance

Page 2 of 6

Case 7:22-cv-10781-KMK    Document 1-5    Filed 12/21/22    Page 3 of 3



**Commitment No.**

VOL: 8114 PG: 293
Inst: 04860

File No. ST41786-C-1

## COMMITMENT
## SCHEDULE A
## Continued

### LEGAL DESCRIPTION

ALL THAT CERTAIN piece or parcel of land, together with the buildings and improvements thereon, situated in the Town of Greenwich, County of Fairfield and State of Connecticut, bounded and described as follows:

BEGINNING at a point on the westerly line of Cutler Road, so-called, at the intersection of the division line between premises hereby described and land now or formerly of G. Henry Leslie and Myrtle Leslie and running thence along land now or formerly of said Leslie North 85° 48' 30" West 535.55 feet; THENCE along land now or formerly of Tamarack County Club and generally along the center line of the Byram River North 31° 50' 10" West 51.43 feet, North 65° 04' 10" West 42.60 feet and North 7° 25' 10" West 35.00 feet to land now or formerly of Margaret A. Boyle; THENCE along land now or formerly of said Boyle and generally along the center line of a brook North 68° 11' 30" East 28.16 feet, North 14° 04' 40" East 89.34 feet, North 16° 54' 20" East 50.75 feet, North 36° 57' 40" East 41.61 feet, North 47° 00' 30" East 40.99 feet, North 51° 47' 50" East 63.03 feet, North 70° 33' 30" East 42.60 feet, North 72° 49' 00" East 61.78 feet, North 49° 01' 30" East 50.05 feet and North 65° 42' 20" East 23.26 feet to a point on a curve on the westerly line of Cutler Road, at which point the radius of the curve bears North 54° 10' 54" East; thence southerly along the westerly line of Cutler Road on a cure to the left having a radius of 865.53 feet, a central angle of 17° 47' 04" a distance of 268.66 feet; THENCE on a curve to the right having a radius of 246.46 feet, a central angle of 69° 32' 00" a distance of 299.11 feet to the point of beginning, and containing not less than 4.00 acres.

SAID PREMISES constitute the northerly portion of the premises shown on a map entitled, "Map of Property Belonging to Yale University to Be Conveyed to Mallard C. Faught, Town of Greenwich, Fairfield County", prepared by Chas. M. Sells, Inc., Civil Engineers and Surveyors, Pleasantville, New York, October 1948, on file in the Office of the Greenwich Town Clerk as Map No. 2476.





RECEIVED FOR RECORD
JUN 01, 2022 10:21:22 AM
Jacqueline A. Budkins
Town Clerk
GREENWICH, CT

*This page is only a part of a 2016 ALTA Commitment for Title Insurance. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions.*

ORT FORM 4690 6/06 revised 8-1-16
ALTA Commitment for Title Insurance



Page 2 of 7