UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
THE GALINN FUND LLC

                    Plaintiff,

-against-

JILL CARIDI a/k/a JILL J. CARIDI
MICHAEL CARIDI,

                    Defendants.
------------------------------------------X

Case No. 7:22-cv-10781

STIPULATION
DISMISSING
FORECLOSURE
ACTION

IT IS HEREBY STIPULATED AND AGREED by the parties and their respective counsel that this action is hereby dismissed with prejudice and without costs to any party. Notwithstanding any other provision of this stipulation, this stipulation shall not affect The Galinn Fund LLC's rights with respect to the new $11,250,000.00 Consolidated Mortgage and Consolidated Mortgage Note dated February 7, 2023.

Dated:    February 13, 2023
            Garden City, New York

_____
Adam E. Mikolay, Esq.
Adam E. Mikolay, P.C.
Attorney for Plaintiff
400 Garden City Plaza
Suite 405
Garden City, NY 11530
516-222-2050

_____
Edward A. Smith, Esq.
Abrams Fensterman, LLP
Attorney for Defendants
81 Main Street
Suite 400
White Plains, NY 10601
914-607-7010

SO ORDERED:

2/15/23

_____
UNITED STATES DISTRICT JUDGE